UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 407-231 |
| | ) | |
| STEVEN DOUGLAS BROADUS | ) | VIO: 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm and |
| | ) | Ammunition by a Convicted Felon |

## ORDER DISMISSING INDICTMENT

Having considered the Government's Motion to Dismiss the Indictment in this case, and finding good cause for the same, the Court hereby ORDERS the Indictment in this case to be dismissed without prejudice pursuant to Fed. R. Crim Pro. 48(a).

HONORABLE B. AVANT EDENFIELD
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA